## WILLIAMS & CO., INC. *v.* CITY OF PITTSBURGH ET AL.

No. 706. Decided January 13, 1969.

*Norman J. Cowie* for appellant.

*Robert E. Dauer* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## COX ET AL. *v.* UNITED STATES ET AL.

No. 708. Decided January 13, 1969.

*Solicitor General Griswold, Assistant Attorney General Zimmerman, Howard E. Shapiro, Robert W. Ginnane,* and *Fritz R. Kahn* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.